IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jill Reid, a married woman,<br><br>Plaintiff,<br><br>vs.<br><br>LaScala Insurance, Inc. d.b.a. SunState Insurance Agency and Sun State Insurance LaScala Agency, a domestic corporation, and Jeffery T. and Lisa LaScala, husband and wife,<br><br>Defendants. | No. CV10-2410-PHX-ROS<br><br><br>ORDER OF DISMISSAL<br>WITH PREJUDICE |
| LaScala Insurance, Inc. d.b.a. SunState Insurance Agency, a domestic corporation,<br><br>Counterclaimant/<br>Third Party Claimant,<br><br>vs.<br><br>Jill and George Reid, husband and wife,<br><br>Counterdefendant and<br>Third Party Defendant. | (Assigned to the Honorable Joseph R. Goodwin) |

Having Considered the Joint Motion to Approve Settlement Agreement and Dismiss Lawsuit with Prejudice, the executed Settlement Agreement of the parties, and all accompanying exhibits thereto, and good cause appearing,

IT IS HEREBY ORDERED that this case shall be dismissed with prejudice.

DATED this 24th day of May, 2011.

*Joseph R. Goodwin*
Joseph R. Goodwin, Chief Judge

1395498.1
4/21/11